UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICKEY VALCUE POLK,<br><br>Defendant;<br><br>DANIEL CASEY,<br><br>Third Party Petitioner. | NO. CR12-5466BHS<br><br>**STIPULATED SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, by and through the undersigned counsel, and Third Party Petitioner, Daniel Casey (hereinafter sometimes referred to as "Petitioner Casey"), *pro se*, to compromise and settle Casey 's claim of interest to the following property:

A Smith and Wesson, model 629-5, .44 caliber revolver with serial number CDF3875, (hereinafter referred to as "the subject firearm.")

On June 17, 2013, this Court entered a Preliminary Order of Forfeiture, forfeiting Defendant Mickey Valcue Polk's interest in the subject property, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), for violation of Title 18, United States Code, Section 922(g)(1).  (*See* Docket No. 35.)

Thereafter, the United States served notice upon all persons and entities believed to have an interest in the forfeited property pursuant to Title 21, United States Code, Section 853(n), and notice of the action was published on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning with June 30, 2013. (*See* Docket No. 40.)

STIPULATED SETTLEMENT AGREEMENT - 1
*U.S. v. Mickey Valcue Polk* (Case No. CR12-5466BHS)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    On March 12, 2014, Daniel Casey filed a Petition asserting an interest in the subject
2  firearm.  (*See* Docket No. 46.)
3    No other person or entity has filed a petition asserting an interest in the subject
4  firearm and the time to do so has expired.
5    This stipulated settlement agreement is entered into between the parties pursuant to
6  the following terms:
7    1.    The parties to this Agreement hereby stipulate that Petitioner Casey has an
8  interest in the subject firearm.
9    2.    The United States and Third Party Petitioner Casey agree to settle his Petition
10  by returning the subject firearm to Daniel Casey.
11    3.    Third Party Petitioner Casey agrees to release and hold harmless the
12  United States, the United States Department of Justice, the United States Department of
13  Justice, Federal Bureau of Investigation, and any and all agents, servants, and employees of
14  the United States and its agencies, acting in their individual or official capacities, from any
15  and all claims by Petitioner Casey, and/or his representatives, agents, heirs, successors, and
16  assigns, which currently exist or which may arise as a result of the search and seizure of the
17  subject firearm, this forfeiture action against the subject firearm.
18    4.    Petitioner Casey agrees that this stipulated settlement agreement shall
19  constitute full settlement and satisfaction of any and all claims by Petitioner Casey to the
20  subject firearm, resulting from the incidents or circumstances giving rise to this action.
21    5.    Petitioner Casey understands and agrees that by entering into this Settlement
22  Agreement, he waives any right to litigate further any interest in the subject firearm, or any
23  right to petition for remission or mitigation of its forfeiture.
24    6.    Petitioner Casey understands and agrees that this Settlement Agreement does
25  not make him a "prevailing party" in this action.  Each party to the Settlement Agreement
26  agrees to bear its own costs and attorneys' fees.

STIPULATED SETTLEMENT AGREEMENT - 2
*U.S. v. Mickey Valcue Polk* (Case No. CR12-5466BHS)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    7.    The terms of this Settlement Agreement shall be subject to approval by the
2 United States District Court for the Western District of Washington, and the Court shall
3 retain jurisdiction to enforce those terms.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

Dated:  6/13/14            *s/Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-2242
Fax: (206) 553-6934
Email: Richard.E.Cohen@usdoj.gov

Dated:  6/12/14            *s/Daniel Casey*
DANIEL CASEY
Third Party Petitioner
12714 247th St. E.
Graham, WA 98338

**ORDER**

Based upon the foregoing stipulation of the parties, this Stipulated Settlement Agreement is hereby APPROVED.

DATED this 13th day of June, 2014.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED SETTLEMENT AGREEMENT - 3
U.S. v. Mickey Valcue Polk (Case No. CR12-5466BHS)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970