1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

               Plaintiff

     v.

MICKEY VALCUE POLK,

               Defendant;

AMIE KILCUP,

          Third Party Petitioner.

NO. CR12-5466BHS

**STIPULATED SETTLEMENT AGREEMENT**

     IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, by and through the undersigned counsel, and Third Party Petitioner, Amie Kilcup (hereinafter sometimes referred to as "Petitioner Kilcup"), *pro se*, to compromise and settle Kilcup 's claim of interest to the following property:

     A Ruger SR9c semi-automatic handgun with serial number 332-12804, (hereinafter referred to as "the subject firearm.")

     On June 17, 2013, this Court entered a Preliminary Order of Forfeiture, forfeiting Defendant Mickey Valcue Polk's interest in the subject property, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), for violation of Title 18, United States Code, Section 922(g)(1).  (*See* Docket No. 35.)

     Thereafter, the United States served notice upon all persons and entities believed to have an interest in the forfeited property pursuant to Title 21, United States Code, Section 853(n), and notice of the action was published on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning with June 30, 2013. (*See* Docket No. 40.)

STIPULATED SETTLEMENT AGREEMENT - 1
*U.S. v. Mickey Valcue Polk* (Case No. CR12-5466BHS)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    On March 12, 2014, Amie Kilcup filed a Petition asserting an interest in the subject

2   firearm.  (*See* Docket No. 47.)

3    No other person or entity has filed a petition asserting an interest in the subject

4   firearm and the time to do so has expired.

5    This stipulated settlement agreement is entered into between the parties pursuant to

6   the following terms:

7    1.    The parties to this Agreement hereby stipulate that Petitioner Kilcup has an

8   interest in the subject firearm.

9    2.    The United States and Third Party Petitioner Kilcup agree to settle her Petition

10   by returning the subject firearm to Amie Kilcup.

11    3.    Third Party Petitioner Kilcup agrees to release and hold harmless the

12   United States, the United States Department of Justice, the United States Department of

13   Justice, Federal Bureau of Investigation, and any and all agents, servants, and employees of

14   the United States and its agencies, acting in their individual or official capacities, from any

15   and all claims by Petitioner Kilcup, and/or her representatives, agents, heirs, successors, and

16   assigns, which currently exist or which may arise as a result of the search and seizure of the

17   subject firearm, this forfeiture action against the subject firearm.

18    4.    Petitioner Kilcup agrees that this stipulated settlement agreement shall

19   constitute full settlement and satisfaction of any and all claims by Petitioner Kilcup to the

20   subject firearm, resulting from the incidents or circumstances giving rise to this action.

21    5.    Petitioner Kilcup understands and agrees that by entering into this Settlement

22   Agreement, she waives any right to litigate further any interest in the subject firearm, or any

23   right to petition for remission or mitigation of its forfeiture.

24    6.    Petitioner Kilcup understands and agrees that this Settlement Agreement does

25   not make her a "prevailing party" in this action.  Each party to the Settlement Agreement

26   agrees to bear its own costs and attorneys' fees.

27

28

STIPULATED SETTLEMENT AGREEMENT - 2
*U.S. v. Mickey Valcue Polk* (Case No. CR12-5466BHS)

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       7.     The terms of this Settlement Agreement shall be subject to approval by the

2  United States District Court for the Western District of Washington, and the Court shall

3  retain jurisdiction to enforce those terms.

4                                 Respectfully submitted,

5

6                                 JENNY A. DURKAN
United States Attorney

7
Dated:  6/13/14                  *s/Richard E. Cohen*

8                                 RICHARD E. COHEN
Assistant United States Attorney

9                                 United States Attorney's Office

10                               700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

11                               Tel: (206) 553-2242

12                               Fax: (206) 553-6934

13                               Email: Richard.E.Cohen@usdoj.gov

14  Dated:  6/12/14                *s/Amie Kilcup*

15                                 AMIE KILCUP

16                               Third Party Petitioner
12401 66TH Ave. Ct. E.

17                               Puyallup, WA 98373

18                                 **ORDER**

19       Based upon the foregoing stipulation of the parties, this Stipulated Settlement

20  Agreement is hereby APPROVED.

21       DATED this 13th day of June, 2014.

22

23

24

25                                 BENJAMIN H. SETTLE
United States District Judge

26

27

28

STIPULATED SETTLEMENT AGREEMENT - 3
*U.S. v. Mickey Valcue Polk* (Case No. CR12-5466BHS)